

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:  

YIRA LARISSA DE LA PAZ

    Debtor(s).

_____/

Case No. 08-17231-BKC-RBR  
Chapter 7

**U.S. BANKRUPTCY COURT**  
**SO. DISTRICT OF FLORIDA**  
**NOV 1 9 2010**  
FILED _____ RECEIVED _____

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X )  The trustee has unclaimed funds of $2.62 remaining in the trustee's account which represents a check drawn with an unknown address to mail to entity pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11.  The trustee has made a good faith effort to verify the correct mailing addresses for said entity; or

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 11/18/10

Soneet R. Kapila, Trustee  
P.O. Box 14213  
Fort Lauderdale, FL 33302  
Phone: 954/761-8707  
Fax: 954/761-1033  
E-mail: trustee@kapilaco.com

Copies to: U.S. trustee



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                       Case No. 08-17231-BKC-RBR
                                                                             Chapter 7
YIRA LARISSA DE LA PAZ

       Debtor(s).
_____/

## Attachment

| Claim # | Name/Address | Claim Amount | Distribution Amount |
|---|---|---|---|
| 2U | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | $223.08 | $2.62 |